# *IN THE SUPREME COURT, STATE OF WYOMING*

## 2022 WY 53

*April Term, A.D. 2022*

*April 20, 2022*

| | |
|---|---|
| **BOARD OF PROFESSIONAL RESPONSIBILITY, WYOMING STATE BAR,**<br><br>Petitioner,<br><br>v.<br><br>**KARA CRAWFORD-FINK, WSB # 6-3966,**<br><br>Respondent. | D-19-0011 |

## ORDER REINSTATING ATTORNEY TO THE PRACTICE OF LAW

[¶ 1]   **This matter** came before the Court upon a Report and Recommendation for Reinstatement, filed herein March 25, 2022, by a hearing panel of the Board of Professional Responsibility for the Wyoming State Bar.  By order entered December 4, 2019, this Court suspended Respondent from the practice of law for one year, with the period of suspension to begin December 13, 2019.  *Bd. of Pro. Resp., Wyoming State Bar v. Crawford-Fink*, 2019 WY 119, 452 P.3d 1285 (Wyo. 2019).  Respondent timely filed a petition for reinstatement.  Pursuant to Rule 22(b)(6)(B) of the Wyoming Rules of Disciplinary Procedure, a stipulation for reinstatement was executed.  Now, after a careful review of the Board of Professional Responsibility's Report and Recommendation for Reinstatement and the file, this Court finds that the Report and Recommendation should be approved, confirmed and adopted by the Court; and that the Respondent Kara Crawford-Fink should be reinstated to the practice of law.  It is, therefore,

[¶ 2]   **ADJUDGED AND ORDERED** that the Board of Professional Responsibility's Report and Recommendation for Reinstatement, which is attached hereto and incorporated herein, shall be, and the same hereby is, approved, confirmed and adopted by this Court; and it is further

[¶ 3]   **ADJUDGED AND ORDERED** that the Respondent, Kara Crawford-Fink, be, and hereby is, reinstated to the practice of law in Wyoming, effective immediately; and it is further

[¶ 4]   **ORDERED** that, pursuant to Rule 9(b) Wyoming Rules of Disciplinary Procedure, this Order Reinstating Attorney to the Practice of Law, along with the incorporated Report and Recommendation for Reinstatement, shall be published in the Wyoming Reporter and the Pacific Reporter; and it is further

[¶ 5]   **ORDERED** that the Clerk of this Court shall docket this Order Reinstating Attorney to the Practice of Law, along with the incorporated Report and Recommendation for Reinstatement, as a matter coming regularly before this Court as a public record; and it is further

[¶ 6]   **ORDERED** that the Clerk of this Court transmit a copy of this Order Reinstating Attorney to the Practice of Law to the members of the Board of Professional Responsibility and to the clerks of the appropriate courts of the State of Wyoming.

[¶ 7]   **DATED** this 20th day of April, 2022.

BY THE COURT:

/s/

**KATE M. FOX**
**Chief Justice**

BEFORE THE SUPREME COURT

STATE OF WYOMING

IN THE SUPREME COURT
STATE OF WYOMING
FILED

MAR 2 5 2022

SHAWNA GOETZ, CLERK
by CHIEF DEPUTY

| | | |
|---|---|---|
| *In the matter of* | ) | *WSC No. D-19-0011* |
| | ) | |
| *KARA CRAWFORD-FINK,* | ) | *WSB Docket No. 2018-122* |
| *WSB No. 6-3966,* | ) | |
| | ) | |
| *Respondent.* | ) | |

## REPORT AND RECOMMENDATION FOR REINSTATEMENT

THIS MATTER came before a Review Panel of the Board of Professional Responsibility (BPR) on the 21st day of March, 2022, for consideration of the stipulation of Bar Counsel and Respondent for Respondent's reinstatement pursuant to Rule 22(b)(6)(B), W.R.Disc.P. Present on the Zoom meeting were BPR Review Panel members Jeffrey A. Donnell, Katherine A. Strike and Janine Thompson. Respondent Kara Crawford-Fink and Bar Counsel Mark W. Gifford were present as was Brandi Robinson, BPR Clerk. Upon consideration of Respondent's Verified Petition for Reinstatement, the parties' stipulation and being fully informed in the premises, the Review Panel FINDS and RECOMMENDS as follows

1. On December 4, 2019, the Wyoming Supreme Court issued an order suspending Respondent from the practice of law for a period of one year commencing December 13, 2019. *See Bd. of Prof. Resp. v. Crawford-Fink*, 452 P.3d 1285 (Wyo. 2019).

2. On December 13, 2021, Respondent filed a Verified Petition for Reinstatement pursuant to Rule 22(b)(2), W.R.Disc.P.

3. In her petition for reinstatement, Respondent verified that she complied with all terms of the order of suspension. All Bar dues have been paid and are current and Respondent is current in her compliance with Continuing Legal Education requirements.

4. As reflected in Respondent's petition for reinstatement, Respondent has gone to great lengths to rehabilitate herself with respect to the factors that contributed to her breach of various duties owed under the Rules of Professional Conduct. Although not required by the Rules of Disciplinary Procedure nor by the order of suspension, Respondent took it upon herself to sit for the Multistate Professional Responsibility Exam (MPRE) in the fall of 2021 and received a passing score.

5. As required by Rule 22(b)(5), W.R.Disc.P., on December 17, 2021, Complainant in the underlying proceeding was served with a copy of Respondent's Verified Petition for Reinstatement by mail and was asked to submit any written comments by January 21, 2022. No response from Complainant was received.

6. Respondent asserts, and Bar Counsel concurs, that Respondent has met the requirements for reinstatement set forth in Rule 22(b)(4), W.R.Disc.P.:

> The attorney seeking reinstatement must prove by clear and convincing evidence that the attorney has been rehabilitated, has complied with all applicable disciplinary orders and with all provisions of these rules, has not engaged in the unauthorized practice of law, and is fit to practice law.

7. Respondent has complied with all requirements of the Court's order of suspension and has demonstrated a sincere commitment to returning to the practice as a competent and diligent lawyer. In both words and in deed, Respondent has shown that her return to active status is both merited and well-earned.

For the foregoing reasons, the Review Panel recommends that the Court issue an order for Respondent's reinstatement to the practice of law.

2

DATED this **22nd** day of March, 2022.

Jeffrey A. Donnell
Review Panel Chair
Board of Professional Responsibility
Wyoming State Bar